```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/28/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

GUSTAVO SIERRA,

          Movant,

-against-

UNITED STATES OF AMERICA,

          Respondent.

------------------------------------X

ORDER TO ANSWER

11 Civ. 2244 (DAB)

04 Cr. 219 (DAB)

DEBORAH A. BATTS, United States District Judge:

    On April 12, 2011, the Court ordered that the United States Attorney for the Southern District of New York file an answer to Movant's Motion to vacate his sentence under 28 U.S.C. § 2255 within sixty (60) days of that Order. To date, the Court has not received an answer or other pleading in response to Movant's Motion.

    Accordingly, it is ORDERED that the United States Attorney for the Southern District of New York shall file an answer or other pleadings in response to the Motion, along with transcripts of any relevant proceedings not already contained in the record, within thirty (30) days of the date of this Order. Movant may file reply papers, if any, within thirty (30) days from the date he is served with Respondent's answer.

    It is further ORDERED that the Clerk of Court serve copies of this Order, the Motion and all other papers in support thereof, by certified mail, upon the United States Attorney for the Southern District of New York.

SO ORDERED.

Dated: September 28, 2011
       New York, New York

*Deborah A. Batts*
DEBORAH A. BATTS
United States District Judge